1

Honorable Thomas S. Zilly

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

TP ICAP AMERICAS HOLDINGS INC.,

11

Plaintiff,

C21-539-TSZ

12

v.

STIPULATION AND ORDER

13

ICAP ENTERPRISES, INC.; and HAFEN, LLC,

14

15

Defendants.

16

## I. **STIPULATION**

17    1.    Plaintiff filed the initial Complaint (the "Original Complaint") in this case on

18 April 22, 2021 against Defendant iCap and Harbor Platform, Inc. ("Harbor") for trademark

19 infringement and related claims.  In the process of service of the Original Complaint, Plaintiff

20 learned that Harbor had recently merged into Defendant Hafen.  Accordingly, Plaintiff filed the

21 First Amended Complaint (the "First Amended Complaint") on May 11, 2021, amending the

22 Initial Complaint to replace Harbor with Defendant Hafen, but not otherwise substantively

23 amending the Initial Complaint.

24    2.    After the filing and service of the First Amended Complaint, the Parties have

25 communicated in anticipation of formal discovery and exchanged initial disclosures, as required

26 by the Fed. R. Civ. P. 26.  During these communications between counsel, Plaintiff was told that

STIPULATION AND ORDER - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1   proposed new defendant BitGo, Inc. ("BitGo") received by way of assignment or other

2   contractual transfer some or all of Harbor's assets and liabilities prior to its merger into

3   Defendant Hafen.  In other words, Plaintiff was made to believe that the subject matter forming

4   the basis of Harbor's liability as alleged in the Complaint and First Amended Complaint is now

5   owned entirely or in part by BitGo.

6       3.      Accordingly, Plaintiff seeks leave by this motion to further amend the First

7   Amended Complaint to add BitGo as a defendant.  Pursuant to LCR 15, a redlined copy of the

8   proposed amended complaint is attached hereto.

9       4.      Defendants have indicated that they do not oppose Plaintiff's motion to amend its

10  complaint pursuant to Fed. R. Civ. P. 15(a)(2) and 21 to add BitGo as a party.

11      5.      The deadline for joining additional parties is September 7, 2021.  See Dkt. No. 40.

12      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

13  By: s/ *Brian W. Esler*

14  Brian W. Esler, WSB No. 22168
    Miller Nash LLP

15  Pier 70
    2801 Alaskan Way, Suite 300

16  Seattle, WA 98121
    Telephone: (206) 624-8300

17  Fax: (206) 340-9599
    Email: brian.esler@millernash.com

18  Jeanne M. Hamburg

19  (Admitted *Pro Hac Vice*)
    David H. Siegel

20  (Admitted *Pro Hac Vice*)
    Norris McLaughlin, P.A.

21  7 Times Square, 21st Floor
    New York, NY 10036

22  (212) 808-0700
    Email: jhamburg@norris-law.com

23  Email: dsiegel@norris-law.com

24      Attorneys for Plaintiff
        TP ICAP Americas Holdings Inc.

25

26

By: s/ *William C. Rava*

William C. Rava, WSB No. 29948
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
206-359-8000
Email: WRava@perkinscoie.com

Sabrina J. Danielson
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
303-291-2300
Email: SDanielson@perkinscoie.com

    Attorneys for Defendant
    iCap Enterprises, Inc.

STIPULATION AND ORDER - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1

By: s/ *Doug Tilley*
2
Benjamin L. Singer
(415) 500-6077
3
Doug Tilley
Singer Cashman LLP
4
(628) 400-3961
505 Montgomery Street, Suite 1150
5
San Francisco, CA 94111
Email: bsinger@singercashman.com
6
Email: dtilley@singercashman.com

7
Michael G. Atkins, WSBA #26026
Atkins Intellectual Property, PLLC
8
113 Cherry Street #18483
Seattle, WA 98104-2205
9
(206) 628-0983
Email: mike@atkinsip.com
10
Attorneys for Defendant
11
Hafen, LLC

12

13
**ORDER**

14
PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16
DATED:  August 26, 2021

17

18

19
_____
20
Thomas S. Zilly
United States District Judge
4814-9302-5272.1
21

22

23

24

25

26

STIPULATION AND ORDER - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121