UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TP ICAP AMERICAS HOLDINGS INC.,

          Plaintiff,

  v.

ICAP ENTERPRISES, INC.; HAFEN, LLC d/b/a HARBOR and BITGO, INC.,

          Defendant.

C21-539 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1) On October 7, 2021, Plaintiff TP ICAP Americas Holdings Inc. ("TPI") filed a Motion to Compel, docket no. 56. The Response, docket no. 61, filed by Defendant ICAP Enterprises ("ICE") and the Reply, docket no. 63, filed by TPI indicate that since TPI filed its Motion, ICE has produced additional discovery. Accordingly, the parties are DIRECTED to meet and confer and to file a Joint Status Report by November 29, 2021, indicating which Requests for Production and Interrogatories from TPI's Motion remain in dispute.

      (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to RENOTE TPI's Motion, docket no. 56, to November 29, 2021.

      Dated this 19th day of November, 2021.

                                Ravi Subramanian
                                Clerk

                                s/Gail Glass
                                Deputy Clerk

MINUTE ORDER - 1