1

2

3

4

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                   AT SEATTLE

7
    TP ICAP AMERICAS HOLDINGS,
8   INC.,                                        C21-539 TSZ

9                          Plaintiff,            MINUTE ORDER

10           v.

11  ICAP ENTERPRISES, INC.; and
    HAFEN, LLC,
12
                           Defendants.
13
            The following Minute Order is made by direction of the Court, the Honorable
14  Thomas S. Zilly, United States District Judge:

15  (1)     The parties' Stipulated Motion to Continue Trial Date and Other Deadlines, docket
            no. 107, is GRANTED in part.  The Court issues the following amended schedule:
16
                    Mediation to be completed by              September 30, 2022
17
                    Expert Witness Disclosure/Reports under   November 18, 2022
18                  FRCP 26(a)(2) due by

19                  Discovery completed by                    November 30, 2022

20                  Motions related to discovery due by       December 1, 2022

21  //

22  //

23

MINUTE ORDER - 1

(2)     All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 104, shall remain in full force and effect.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of August, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2